UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
                                                 :
KEVIN DAVIS,                        :
                             Plaintiff,          :
          -against-                             :                 21 Civ. 5355 (LGS)
                                                 :
LOSTMY.NAME INC.,                 :                         <u>ORDER</u>
                                  Defendant.    :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, an initial conference is scheduled for August 26, 2021.  Dkt. No. 6.

WHEREAS, this Court's July 12, 2021, Order required the parties to file a joint letter and proposed case management plan by August 19, 2021.  Dkt. No. 6.

WHEREAS, the parties failed to file the joint letter or proposed case management plan.  It is hereby

**ORDERED** that if Plaintiff has been in communication with Defendant, then the parties shall file the joint letter and proposed case management plan by **August 24, 2021, at noon**.  If Plaintiff has not been in communication with Defendant, by **August 24, 2021, at noon**, Plaintiff shall file a status letter (1) apprising the Court of the efforts to serve Defendant; (2) proposing a deadline by which to move for default judgment against Defendant pursuant to this Court's Individual Rules; and (3) requesting adjournment of the initial conference.

Dated:  August 20, 2021
New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**